AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Heide M. Atwood, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Blackbaud Inc<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:20-4516-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: Plaintiff Heide M. Atwood, shall take nothing of Defendant Blackbaud Inc as to the complaint filed pursuant to 28:1332 and this action is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, granting defendant's motion.

Date: September 16, 2025

*Robin L. Blume, CLERK OF COURT*

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*